# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:13CB2** |
| Plaintiff, | **8:13CB3** |
| vs. | **8:13CB4** |
| **RODNEY N. ROBINSON,** | **ORDER FOR WRIT OF** |
| Defendant. | **HABEAS CORPUS** |
| | **AD PROSEQUENDUM** |

This application for an order for a Writ of Habeas Corpus Ad Prosequendum (Filing No. 18 in 8:13CB2) is granted.

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

Dated this 29th day of April, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge